IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: AUTOMATED TRANSACTIONS LLC PATENT LITIGATION | ) ) ) | MDL No. 13-2429 (SLR) |
| AUTOMATED TRANSACTIONS LLC, | ) | C.A. No. 14-506 (SLR) |
|    Plaintiff and Counterclaim-Defendant, | ) ) | |
| v. | ) | |
| M&T BANK CORPORATION, | ) ) | |
|    Defendant and Counterclaim-Plaintiff. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Counterclaim-Defendant Automated Transactions LLC, ("ATL") and Defendant and Counterclaim-Plaintiff M&T Bank Corporation ("M&T") hereby stipulate and agree to dismissal WITH PREJUDICE of all of ATL's claims against M&T and M&T's counterclaims against ATL in these actions. Each party will bear its own costs and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | HOGSON RUSS LLP |
|---|---|
| /s/ Stamatios Stamoulis<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Plaintiff*<br>*Automated Transactions LLC* | /s/ Jessica L. Copeland<br>Robert J. Lane, Jr.<br>Robert J. Fluskey, Jr.<br>Jessica L. Copeland<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14292<br>Telephone: (716) 856-4000<br>rlane@hogsonruss.com<br>rfluskey@hogsonruss.com<br>jcopeland@hogsonruss.com<br><br>*Attorneys for Defendant and Counterclaim-*<br>*Plaintiff M&T Bank Corporation* |

SO ORDERED this _____ day of January 2015.

_____
                                                                J.